UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MICHAEL PICARD,                         :
                                        :    19cv3059 (DLC)
                    Plaintiff,          :
            -v-                         :    ORDER
                                        :
DARCEL D. CLARK, in her official        :
capacity as District Attorney for       :
Bronx County and MICHAEL MAGLIANO, in   :
his official capacity as Chief of       :
Public Safety for the New York Unified  :
Court System,                           :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X



DENISE COTE, District Judge:

On November 13, 2019, counsel for defendant Michael Magliano submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

SO ORDERED:

Dated:   New York, New York
         November 15, 2019

                              _____
                                     DENISE COTE
                              United States District Judge