UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PICARD,<br><br>   Plaintiff,<br><br> – against –<br><br>DARCEL D. CLARK, in her official capacity as District Attorney for Bronx County, MICHAEL MAGLIANO, in his official capacity as Chief of Public Safety for the New York Unified Court System,<br><br>   Defendants. | No. 19 Civ. 3059(DLC)<br><br>**CERTIFICATE OF COUNSEL** |

Pursuant to this Court's Notice of Initial Pretrial Conference (ECF No. 33) ("Notice"), I, Brian Hauss, hereby certify that I have served copies of the Notice and this Court's individual practices on counsel for all parties in the above-captioned case.

Dated: January 23, 2020

                /s/ Brian Hauss
                Brian Hauss
                American Civil Liberties Union Foundation
                125 Broad Street, 18th Floor
                New York, New York 10004
                (212) 549-2500
                bhauss@aclu.org

                *Counsel for Plaintiff*