```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    19cv3059 (DLC)
MICHAEL PICARD,                        :
                                       :    PRETRIAL
                                       :    SCHEDULING ORDER
                         Plaintiff,    :
                                       :
            -v-                        :
                                       :
DARCEL D. CLARK, in her official       :
capacity as District Attorney for Bronx:
County and MICHAEL MAGLIANO, in his    :
official capacity as Chief of Public   :
Safety for the New York Unified Court  :
System,                                :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on January 24, 2020, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The Joint Pretrial Order must be filed by **March 6, 2020.**

    As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

    All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial,

shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

Counsel will provide the Court with one (1) electronic set of all exhibits, one (1) hardcopy of key exhibits, and two (2) courtesy copies of all other documents at the time they are served. Counsel will also provide the Court with one (1) hardcopy of the depositions, as described above.

IT IS HEREBY ORDERED that the case is placed on the **April 2020** trial ready calendar. You must be ready to proceed on 24 hours notice. You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with three copies of a complete exhibit list. The exhibits should include expert reports, and any charts or summaries of evidence.

3. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 to 2:00 p.m.

4. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the

Clerk is not responsible for them.

SO ORDERED:

Dated:   New York, New York
         January 24, 2020

                              _____
                                     DENISE COTE
                              United States District Judge