AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MICHAEL PICARD | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 Civ. 3059 (DLC) |
| DARCEL D. CLARK | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Michael Picard.

Date: 05/11/2020

/s/ Arianna Demas
*Attorney's signature*

Arianna Demas
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

ademas@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2652
*FAX number*