September 30, 2020

**Via ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2020
```



**AMERICAN CIVIL LIBERTIES UNION**

**LEGAL DEPARTMENT**

National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
Fax: (212) 549-2644
aclu.org

Susan N. Herman
*President*

Anthony D. Romero
*Executive Director*

Richard Zacks
*Treasurer*

Re: *Picard v. Clark*, No. 19 Civ. 3059 (DLC)

Dear Judge Cote,

We represent Plaintiff in the above-referenced action. We write on behalf of all parties to jointly request a 60-day extension of time on the deadline to file Plaintiff's petition for attorneys' fees, related nontaxable expenses, and taxable expenses. This is the second motion for an extension of time on Plaintiff's fees and costs petition.

Judgment was entered in Plaintiff's favor in this matter on August 14, 2020. Pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.1, the deadline for Plaintiff to submit a motion for attorneys' fees and related nontaxable expenses was August 28, 2020, and the deadline for Plaintiff to seek taxable costs was September 14, 2020. On August 19, 2020, the Court extended Plaintiff's deadline to file the fees and costs petition to 21 days after the final day to appeal from a judgment in this action. The current deadline for Plaintiff's fees and costs petition is therefore October 5, 2020.

We have informed Defendants' counsel of the amount of fees and costs incurred on Plaintiff's behalf, and at their request we are providing documentation and case law relevant to our fee application. All parties have agreed to negotiate in good faith, in the hope that they can resolve Plaintiff's fees and costs petition without resort to further litigation. With these considerations in mind, the parties respectfully request a 60-day extension on Plaintiff's fees and costs petition deadline, to December 4, 2020.

We appreciate the Court's attention to this matter.

*Any motion for fees is due 12/4/20. Opposition is due 12/21/20. Reply is due 1/8/21.* /s/ Denise Cote
10/1/20

**MEMO ENDORSED**

1

                                        Respectfully submitted,

                                                    /s/ Brian Hauss
                                                    Brian Hauss
                                                    Arianna Demas
                                                    American Civil Liberties
                                                      Union Foundation
                                                    125 Broad St., 18th Floor
                                                    New York, NY 10004
                                                    (212) 549-2604
                                                    bhauss@aclu.org
                                                    ademas@aclu.org

                                                    *Counsel for Plaintiff*

CC: All Counsel (by ECF)