UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL PICARD,

           Plaintiff,

– against –

DARCEL C. CLARK, in her official capacity as District Attorney for Bronx County, MICHAEL MAGLIANO, in his official capacity as Chief of Public Safety for the New York Unified Court System,

           Defendants.

No. 19 Civ. 3059 (DLC)

**STIPULATION AND ORDER OF DISMISSAL**

---

**WHEREAS,** all parties have reached a settlement agreement with respect to Plaintiff's request for payment of attorneys' fees and costs related to the above-captioned litigation in this Court, and now desire to resolve these issues on the terms set forth in separate settlement agreements by and between Plaintiff Michael Picard and each defendant, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that any and all claims for attorneys' fees, expenses, and costs, as to defendant Darcel Clark, and as to defendant Michael Magliano in connection with the above-captioned action in this Court, are hereby dismissed with prejudice.

Dated: New York, New York
        December 22, 2020

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
*Attorneys for Plaintiff*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

By: _____
      Brian Hauss

JAMES E. JOHNSON
Corporation Counsel of the
   City of New York
*Attorney for Defendant Darcel Clark*
100 Church Street
New York, NY 10007

By: _____
      Susan P. Scharfstein

LETITIA JAMES
ATTORNEY GENERAL
STATE OF NEW YORK
*Attorney for Defendant Michael Magliano*
25 Liberty Street
New York, NY 10005
(212) 416-8651

By: _____
      Michael A. Berg


SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Dated: December ___, 2020