```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
MICHAEL PICARD,                           :
                                          :
                        Plaintiff,        :
            -v-                           :
                                          :
DARCEL D. CLARK, in her official          :    19cv3059 (DLC)
capacity as District Attorney for         :
Bronx County and MICHAEL MAGLIANO, in     :    FINAL JUDGMENT AND
his official capacity as Chief of         :         ORDER
Public Safety for the New York Unified    :
Court System,                             :
                                          :
                        Defendants.       :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 23, 2022, the parties submitted a letter jointly proposing an injunction to be entered against the defendants. Accordingly, it is hereby

ORDERED that defendants Michael Magliano, in his official capacity as the Chief of Public Safety for the New York Unified Court System, and Darcel D. Clark, in her official capacity as District Attorney for Bronx County, together with their respective officers, agents, servants, employees and attorneys, and other persons in active concert or participation with the defendants who receive actual notice of this Final Judgment and Order by personal service or otherwise, are permanently enjoined from enforcing N.Y. Penal Law § 215.50(7) against any individual engaging in advocacy that is unconnected to any specific trial.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment for the plaintiff and close the case.

SO ORDERED:

Dated:    New York, New York
         September 26, 2022

                                                     DENISE COTE
                                     United States District Judge